# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLH TOPCO LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10576 (CTG)<br><br>(Jointly Administered)<br><br>**RE: D.I.** |

**ORDER (I) AUTHORIZING (A) REJECTION OF CERTAIN UNEXPIRED
LEASES AND EXECUTORY CONTRACTS AND (B) ABANDONMENT OF CERTAIN
PERSONAL PROPERTY IN CONNECTION THEREWITH, EACH EFFECTIVE AS OF
THE PETITION DATE; AND (II) GRANTING CERTAIN RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**") (i) authorizing (a) rejection of certain Leases and Contracts, as set forth on **Exhibit 1** attached hereto, and abandonment of certain Personal Property in connection therewith, each effective as of the Petition Date; and (ii) granting certain related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BLH TopCo LLC (9009); BLH HoldCo LLC (7735); BLH Acquisition Co., LLC (5779); BLH Restaurant Franchises LLC (8093); and BLH White Marsh LLC (2950). The Debtors' mailing address is 15305 Dallas Parkway, 12th Floor, Addison, TX 75001.

[2] Capitalized terms used but not defined herein have the meaning ascribed in the Motion.

1

Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code, each of the Leases and Contracts set forth on **Exhibit 1** attached hereto are rejected effective as of the Petition Date.

3. Pursuant to section 554(a) of the Bankruptcy Code, any Personal Property of the Debtors remaining at the Premises as of Petition Date is deemed abandoned by the Debtors as of such date. The Landlords may use or dispose of the Remaining Property in their sole and absolute discretion without notice or liability to the Debtors or their estates, subject to the liens or interests of any third parties in the Remaining Property under applicable law; provided that the Debtors shall provide each Landlord as soon as commercially reasonable, in any event no later than three (3) business days following entry of this Order, a list of all third parties known by the Debtors, to the best of their knowledge, to have asserted a lien or interest in any Remaining Property. The rights, claims, and remedies, if any, of all persons other than the Debtors and their estates with respect to the Remaining Property under applicable law are hereby preserved; provided, however, the DIP Secured Parties and the Prepetition Secured Parties consent to the release of their interests (if any) in, and liens on (if any), the Remaining Property, and any such interests and liens are hereby released.

4. To the extent not previously provided, within one business day of the entry of this Order, the Debtors shall provide each of the Landlords with a list of the entities that may have an interest in any property remaining at the applicable Premises.

5. To the extent that any Personal Property contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code, or other significant personal and confidential information that identifies any employee or customer of the Debtors, the Debtors shall remove all such information before abandoning such Personal Property.

6. Nothing contained in the Motion or this Order is intended to be or shall be construed as (a) an admission as to the validity of any claim against the Debtors, (b) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors, a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (c) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

7. The deadline to file a proof of claim arising from the rejection of a Lease or Contract shall be the date fixed by this Court as the deadline to file proofs of general unsecured claims in the above-captioned cases.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted pursuant to this Order.

9.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## Exhibit 1

## Rejection Schedule

**LEASES TO BE REJECTED**

| Landlord | Debtor | Store No. | Store Location | Facility Address | City | State |
|---|---|---|---|---|---|---|
| Bellevue Redevelopment Associates, LP | BLH Acquistion Co., LLC | 1804 | Bellevue | 8119 Sawyer Brown Road, Suite 101 | Nashville | TN |
| Belmar Commercial Owner, L.P. | BLH Acquistion Co., LLC | 1706 | Lakewood | 7111 W. Alaska Drive | Lakewood | CO |
| Brunswick Square Mall, LLC | BLH Acquistion Co., LLC | 1603 | East Brunswick | 755 State Hwy 18, Room 405A | East Brunswick | NJ |
| Crocker Park Delaware, LLC | BLH Acquistion Co., LLC | 1204 | Westlake | 9 Main Street | Westlake | OH |
| Dearborn Station Associates II Partnership | BLH Acquistion Co., LLC | 407 | Dearborn Station | 47 W Polk St | Chicago | IL |
| Forest City Bolingbrook, LLC | BLH Acquistion Co., LLC | 769 | Bolingbrook | 619 E Boughton Road #A | Bolingbrook | IL |
| HHT Devco, L.L.C. | BLH Acquistion Co., LLC | 17905 | Novi | 44375 12 Mile Rd, Suite G-152 | Novi | MI |
| Laurel Park Retail Properties LLC | BLH Acquistion Co., LLC | 770 | Livonia | 37716 West Six Mile Road | Livonia | MI |
| Legacy Village Investors LLC | BLH Acquistion Co., LLC | 587 | Lyndhurst | 24337 Cedar Road | Lyndhurst | OH |
| Maxus Properties, Inc. | BLH Acquistion Co., LLC | 589 | Kirkland - Station Plaza | 110 S Kirkwood Rd. | Kirkwood | MO |
| Northwood PL Holdings LP | BLH Acquistion Co., LLC | 1416 | Park Lane | 8166 Park Lane, Suite C310 | Dallas | TX |
| Stapleton North Town, LLC | BLH Acquistion Co., LLC | 750 | Denver | 8332 Northfield Blvd, Unit No. 1595 | Denver | CO |
| Taubman Auburn Hills Associates Limited Partnership | BLH Acquistion Co., LLC | 17909 | Auburn Hills | 4390 Baldwin Road | Auburn Hills | MI |
| West Village Common Holdings | BLH Acquistion Co., LLC | 17929 | Dearborn-Michigan | 22269 Michigan Avenue | Dearborn | MI |

**CONTRACTS TO BE REJECTED**

| Counterparty Name | Debtor | Contract Description |
|---|---|---|
| Michael J. Mrlik | BLH Acquistion Co., LLC | Employment Agreement dated as of September 28, 2022 |
| Roberta Frierson | BLH Acquistion Co., LLC | Employment Agreement dated as of March 27, 2023 |