**EXHIBIT C**

**Utility Provider List**

| UTILITY PROVIDER | SERVICE | AVERAGE | PRO RATA INTEREST IN DEPOSIT |
|---|---|---|---|
| 4 VOICE LLC | Telephone | $5,688.72 | 2.33% |
| ALL STATES MALL SERVICE II | Trash | $4,297.09 | 1.76% |
| AMEREN MISSOURI | Electric | $6,605.69 | 2.71% |
| ATMOS ENERGY | Gas | $4,602.81 | 1.89% |
| BG&E | Electric | $3,793.92 | 1.55% |
| BG&E | Gas | $5,708.30 | 2.34% |
| BROAD SKY NETWORKS LLC | Telephone | $1,460.92 | 0.60% |
| CENTERPOINT ENERGY | Gas | $842.46 | 0.35% |
| CHARTER COMMUNICATIONS | Telephone | $561.34 | 0.23% |
| CITY OF MYRTLE BEACH | Water | $666.06 | 0.27% |
| CITY OF PERRYSBURG | Water | $1,919.12 | 0.79% |
| CITY OF RALEIGH | Water | $1,255.55 | 0.51% |
| CITY OF WINTER PARK | Electric | $3,047.39 | 1.25% |
| CITY OF WINTER PARK | Trash | $4,297.09 | 1.76% |
| COLUMBIA GAS OF OHIO | Gas | $1,849.51 | 0.76% |
| COLUMBIA GAS OF VIRGINIA | Gas | $790.99 | 0.32% |
| COMCAST BUSINESS | Telephone | $186.60 | 0.08% |
| CONSOLIDATED UTILITY DISTRICT | Water | $1,267.46 | 0.52% |
| CONSTELLATION GAS BOX 5473 | Gas | $574.78 | 0.24% |
| CONSUMERS ENERGY | Gas | $1,190.43 | 0.49% |
| CORPORATE SERVICES CONSLTS LLC | Trash | $1,893.33 | 0.78% |
| DIRECTV | Cable | $16,281.23 | 6.67% |
| DOMINION ENERGY SOUTH CAROLINA | Gas | $1,177.83 | 0.48% |
| DOMINION ENERGY VA&NC POWER | Electric | $5,372.93 | 2.20% |
| DUKE ENERGY FLORIDA | Electric | $4,770.82 | 1.95% |
| DUKE ENERGY PROGRESS | Electric | $3,432.09 | 1.41% |

| UTILITY PROVIDER | SERVICE | AVERAGE | PRO RATA INTEREST IN DEPOSIT |
|---|---|---|---|
| DUQUESNE LIGHT CO | Electric | $4,325.83 | 1.77% |
| ENBRIDGE GAS OF NORTH CAROLINA | Gas | $1,015.19 | 0.42% |
| ENTERGY TEXAS | Electric | $3,496.90 | 1.43% |
| EVERSOURCE | Gas | $1,900.69 | 0.78% |
| FPL | Electric | $3,891.31 | 1.59% |
| GAS SOUTH | Gas | $3,410.83 | 1.40% |
| GRANITE TELECOMMUNICATIONS LLC | Telephone | $2,560.27 | 1.05% |
| KETER ENVIRONMENTAL SVCS INC | Trash | $7,427.95 | 3.04% |
| LADWP MUNICIPAL SERVICES | Electric | $7,810.85 | 3.20% |
| LINGO TELECOM LLC | Telephone | $8,493.87 | 3.48% |
| MIDAMERICAN ENERGY COMPANY | Electric | $2,072.44 | 0.85% |
| MIDAMERICAN ENERGY COMPANY | Gas | $2,819.22 | 1.15% |
| MIDDLE TENNESSEE ELECTRIC | Electric | $3,491.35 | 1.43% |
| NASHVILLE ELECTRIC SERVICE | Electric | $4,345.08 | 1.78% |
| NATIONAL GRID | Electric | $7,969.42 | 3.26% |
| NEW HORIZON COMMUNICATIONS CORP | Telephone | $7,455.94 | 3.05% |
| NOVEC | Electric | $2,170.70 | 0.89% |
| NRG (FORMERLY DIRECT ENERGY) | Gas | $877.76 | 0.36% |
| NRG BUSINESS | Electric | $3,465.50 | 1.42% |
| ORLANDO UTILITIES COMMISSION | Electric | $3,367.71 | 1.38% |
| ORLANDO UTILITIES COMMISSION | Trash | $5,946.94 | 2.44% |
| ORLANDO UTILITIES COMMISSION | Water | $1,683.87 | 0.69% |
| PIEDMONT NATURAL GAS | Gas | $1,665.44 | 0.68% |
| PPL ELECTRIC UTILITIES | Electric | $2,298.80 | 0.94% |
| RIVERROAD WASTE SOLUTIONS INC | Trash | $1,852.96 | 0.76% |
| SANTEE COOPER | Electric | $2,615.73 | 1.07% |

| UTILITY PROVIDER | SERVICE | AVERAGE | PRO RATA INTEREST IN DEPOSIT |
|---|---|---|---|
| SEAC NETWORK SOLUTIONS LLC | Telephone | $415.81 | 0.17% |
| SHELL ENERGY SOLUTIONS | Electric | $5,310.05 | 2.17% |
| SO CAL GAS | Gas | $3,292.11 | 1.35% |
| SOUTHERN CALIFORNIA EDISON | Electric | $11,493.40 | 4.71% |
| SOUTHWEST GAS CORPORATION | Gas | $2,597.92 | 1.06% |
| SPIRE | Gas | $2,317.60 | 0.95% |
| SRP ELECTRICITY | Electric | $13,484.68 | 5.52% |
| TECO: PEOPLES GAS | Gas | $3,340.77 | 1.37% |
| THE OKEEFE GROUP INC | Trash | $2,921.28 | 1.20% |
| THE OKEEFE GROUP INC | Trash | $7,719.04 | 3.16% |
| TOLEDO EDISON | Electric | $3,642.87 | 1.49% |
| TOWN OF FOXBOROUGH WATER SEWER | Water | $1,209.22 | 0.50% |
| UGI UTILITIES INC | Gas | $602.57 | 0.25% |
| VIRGINIA NATURAL GAS | Gas | $983.33 | 0.40% |
| WASHINGTON GAS | Gas | $2,867.01 | 1.17% |