## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLH TOPCO LLC, *et al.*,[1] | Case No. 25-10576 (CTG) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF FILING OF CHAPTER 11 PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING TO CONSIDER FIRST DAY PLEADINGS SCHEDULED FOR MARCH 28, 2025 AT 4:00 P.M. (ET)**

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**
>
> **Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 2:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**PLEASE TAKE NOTICE** that, on March 26, 2025, the above-captioned debtor and its affiliates (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Debtors have filed a motion requesting that their cases be consolidated for procedural purposes only and administered jointly. The Debtors continue to operate their businesses as debtors-in-possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BLH TopCo LLC (9009); BLH HoldCo LLC (7735); BLH Acquisition Co., LLC (5779); BLH Restaurant Franchises LLC (8093); and BLH White Marsh LLC (2950). The Debtors' mailing address is 15305 Dallas Parkway, 12th Floor, Addison, TX 75001.

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The automatic stay of section 362(a) of the Bankruptcy Code is in effect.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the following first day motions (collectively, the "**First Day Motions**") is scheduled for Friday, **March 28, 2025 at 4:00 p.m. (ET)** (the "**First Day Hearing**") before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware.   Objections or responses, if any, to the First Day Motions may be made at the First Day Hearing.

**FIRST DAY PLEADINGS**

A.   <u>Voluntary Petitions</u>

    1.   BLH TopCo LLC (Case No. 25-10576 (CTG)) [Docket No. <u>1</u>; Filed 3/26/25]

    2.   BLH HoldCo LLC (Case No. 25-10577 (CTG)) [Docket No. <u>1</u>; Filed 3/26/25]

    3.   BLH Acquisition Co., LLC (Case No. 25-10578 (CTG)) [Docket No. <u>1</u>; Filed 3/26/25]

    4.   BLH Restaurant Franchises LLC (Case No. 25-10579 (CTG)) [Docket No. <u>1</u>; Filed 3/26/25]

    5.   BLH White Marsh LLC (Case No. 25-10580 (CTG)) [Docket No. <u>1</u>; Filed 3/26/25]

B.   <u>Declaration</u>

    6.   Declaration of Leslie Crook in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. <u>15</u>; Filed 3/27/25]

C.   <u>First Day Motions and Related Documents</u>

    7.   Debtors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases and Granting Related Relief [Docket No. <u>3</u>; Filed 3/26/25]

        Status:        This matter is going forward.

8.      Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 30 Creditors List; (II) Authorizing Redaction of Certain Personal Identification Information; and (III) Granting Related Relief [Docket No. 4; Filed 3/26/25]

Status:          This matter is going forward.

9.      Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and Executory Contracts and (B) Abandonment of Certain Personal Property in Connection Therewith, Each Effective as of the Petition Date; and (II) Granting Certain Related Relief [Docket No. 5; Filed 3/26/25]

10.     Debtors' Motion for Entry of Interim and Final Orders (I) (A) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services; and (II) Granting Related Relief [Docket No. 6; Filed 3/26/25]

Status:          This matter is going forward.

11.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, (V) Granting Adequate Protection, and (VI) Granting Related Relief [Docket No. 7; Filed 3/26/25]

Status:          This matter is going forward.

12.     Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Insurance Policies and (B) Pay and Honor All Obligations with Respect Thereto; (II) Authorizing Continuation of Insurance Premium Financing Arrangements; and (III) Granting Related Relief [Docket No. 8; Filed 3/27/25]

Status:          This matter will be going forward.

13.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions; and (II) Granting Related Relief [Docket No. 10; Filed 3/27/25]

Status:        This matter will be going forward.

14.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing
Payment of Prepetition Sales, Use and Other Taxes and Fees; and (II)
Granting Related Relief [Docket No. 11; Filed 3/27/25]

Status:        This matter will be going forward.

15.    Debtors' Motion for Entry of Interim and Final Orders Authorizing
Debtors to Honor and Continue Certain Customer Programs and Customer
Obligations in the Ordinary Course of Business and Granting Related
Relief [Docket No. 12; Filed 3/27/25]

Status:        This matter will be going forward.

16.    Debtors' Motion for Entry of Interim and Final Orders Authorizing
Payment of Certain Section 503(b)(9) Claims and PACA/PASA Claims,
and Granting Related Relief [Docket No. 14; Filed 3/27/25]

Status:        This matter will be going forward.

17.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing (A)
Payment of Prepetition Wages, Employee Benefits Obligations and Other
Compensation, (B) Continuation of Employee Benefits Programs and
Payment of Related Administrative Obligations; and (II) Granting Related
Relief [Docket No. 16; Filed 3/27/25]

Status:        This matter will be going forward.

18.    Debtors' Application for Appointment of Stretto, Inc. as Claims and
Noticing Agent [Docket No. 17; Filed 3/27/25]

Status:        This matter will be going forward.

Copies of the First Day Motions may also be inspected in the offices of the Clerk of the

Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's

website at www.deb.uscourts.gov.  Please note that prior registration with the PACER Service

Center and payment of a fee may be required to access such documents.  Parties in interest may

sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or

by calling (800) 676-6856.  Additionally, copies of the First Day Motions and all other papers

filed in the Chapter 11 Cases are available at no cost at BLH TopCo LLC.

**RAINES FELDMAN LITTRELL LLP**

Dated:  March 27, 2025

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North Market Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*