IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLH TOPCO LLC, *et al.*, | Case No. 25-10576 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above captioned proceedings:

**September 5, 2025 at 10:00 a.m. (ET)**